

# In the Missouri Court of Appeals
# Eastern District

APRIL 1, 2014

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.    ED99232     STATE OF MISSOURI, RES V RANDELL DAVIS, APP

2.    ED99640 KELVIN SMITH, APP V STATE OF MISSOURI, RES

3.    ED99795 STATE OF MISSOURI, RES V PETER A. ROCHE, APP

4.    ED100384 JEREMIAH GREGORY, APP V STATE OF MISSOURI, RES

**CORRECTION(S):**

1.    ED98888 RANDY BOLDEN, APP V STATE OF MISSOURI, RES